IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLIA
SOUTHERN DIVISION
IN ADMIRALTY
Civil Action No.: 7:22-CV-00078-D

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY,<br>　　　　　　Plaintiff,<br>v.<br><br>FERSTER ELECTRIC, LLC; MATTHEW FERSTER; ROBERT FERSTER; JUSTIN SPICEY; TRAVIS REED SUGGS, PAMELA SUGGS; KELLI S. BARNES AND CHRISTOPHER C. SMITH, ADMINSTRATORS OF THE ESTATE OF GARRETT SMITH; JAN BRITT LYNN, ADMINSTRATOR OF THE ESTATE OF MEGAN ALLISON LYNN; AND MADISYN ELIZABETH REYNOLDS, ADMINISTRATOR OF THE ESTATE OF JENNIFER ELIZABETH HAYES | <u>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE HARD COPY NOTICE OF APPEARANCE FOR GEORGE ROUNTREE, III</u> |

THIS MATTER is before the Court on Defendants Kelli S. Barnes and Christopher C. Smith, Administrators of the Estate of Garrett Smith's Motion for Leave to File Hard Copy Notice of Appearance for George Rountree, III.

IT IS, THEREFORE, ORDERED that for good cause shown, Defendants' motion is GRANTED.

SO ORDERED. This the _31_ day of _May_, 2022.

　　　　　　　　　　　　　　　　　　_/s/ James C. Dever_
　　　　　　　　　　　　　　　　　　James C. Dever III
　　　　　　　　　　　　　　　　　　United States District Judge