IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-cv-78-D

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>FERSTER ELECTRIC, LLC; MATTHEW FERSTER; ROBERT FERSTER; JUSTIN SPIVEY; TRAVIS REED SUGGS; PAMELA SUGGS; KELLI S. BARNES AND CHRISTOPHER C. SMITH, ADMINISTRATORS OF THE ESTATE OF GARRETT SMITH; JAN BRITT LYNN, ADMINISTRATOR OF THE ESTATE OF MEGAN ALLISON LYNN; AND MADISYN ELIZABETH REYNOLDS, ADMINISTRATOR OF THE ESTATE OF JENNIFER ELIZABETH HAYES,<br><br>    Defendants. | **ENTRY OF DEFAULT AGAINST MATTHEW FERSTER** |

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Federal Rule of Civil Procedure 55(a), and upon the application of Plaintiff Arch Specialty Insurance Company ("Plaintiff") for entry of default against Defendant Matthew Ferster on Plaintiff's Complaint.

IT APPEARING TO THE COURT that Defendant Matthew Ferster is in default for failing to plead or otherwise defend the Complaint as required by law.

NOW THEREFORE, default is hereby ENTERED against Defendant Matthew Ferster in favor of Plaintiff Arch Specialty Insurance Company.

Dated:   December 29, 2022          /s/ Peter A. Moore, Jr.  
                                                               Peter A. Moore, Jr.
                                                               Clerk of Court