IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-cv-78

ARCH SPECIALTY INSURANCE COMPANY,

    Plaintiff,

v.

FERSTER ELECTRIC, LLC; MATTHEW FERSTER; ROBERT FERSTER; JUSTIN SPIVEY; TRAVIS REED SUGGS; PAMELA SUGGS; KELLI S. BARNES AND CHRISTOPHER C. SMITH, ADMINISTRATORS OF THE ESTATE OF GARRETT SMITH; JAN BRITT LYNN, ADMINISTRATOR OF THE ESTATE OF MEGAN ALLISON LYNN; AND MADISYN ELIZABETH REYNOLDS, ADMINISTRATOR OF THE ESTATE OF JENNIFER ELIZABETH HAYES,

    Defendants.

ORDER

THIS CAUSE COMES BEFORE THE COURT on the Motion to Dismiss Counterclaims (Directed to All Pending Counterclaims #33, #35, and #38) of Plaintiff Arch Specialty Insurance Company ("Plaintiff") [DE: #45]. This motion is now fully briefed.

In its reply to the Defendant-Counterclaimants' response to the motion to dismiss [DE: #65], Plaintiff informs the Court of new procedural facts which may alter or affect the nature of its arguments set forth in its original motion. As such, Plaintiff requests in that reply that this Court deny its motion without prejudice in light of the new procedural facts referenced therein.

IT APPEARING TO THE COURT that Plaintiff's request is meritorious, this Court DENIES the Motion to Dismiss Counterclaims (Directed to All Pending Counterclaims #33, #35, and #38) without prejudice and ORDERS that pursuant to Federal Rule of Civil Procedure 12(a)(4)(A) Plaintiff shall serve its answers to the Counterclaims [DE: #33, #35, and #38] within fourteen (14) days of the date of this Order.

SO ORDERED. This 5 day of January, 2023.

JAMES C. DEVER III
United States District Judge