IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-cv-78

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FERSTER ELECTRIC, LLC; MATTHEW FERSTER; ROBERT FERSTER; JUSTIN SPIVEY; TRAVIS REED SUGGS; PAMELA SUGGS; KELLI S. BARNES AND CHRISTOPHER C. SMITH, ADMINISTRATORS OF THE ESTATE OF GARRETT SMITH; JAN BRITT LYNN, ADMINISTRATOR OF THE ESTATE OF MEGAN ALLISON LYNN; AND MADISYN ELIZABETH REYNOLDS, ADMINISTRATOR OF THE ESTATE OF JENNIFER ELIZABETH HAYES,<br><br>Defendants. | **ENTRY OF DEFAULT AGAINST JUSTIN SPIVEY** |

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Federal Rule of Civil Procedure 55(a), and upon the application of Plaintiff Arch Specialty Insurance Company ("Plaintiff") for entry of default against Defendant Justin Spivey on Plaintiff's Complaint.

IT APPEARING TO THE COURT that Defendant Justin Spivey is in default for failing to plead or otherwise defend the Complaint as required by law.

NOW THEREFORE, default is hereby ENTERED against Defendant Justin Spivey in favor of Plaintiff Arch Specialty Insurance Company.

Dated: February 17, 2023

_____
Clerk, U.S. District Court